UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PRESTON LEWIS,

    Plaintiff,

v.                                  Case No. 3:24cv499-MCR-HTC

SANTA ROSA COUNTY
SHERIFF'S OFFICE, et al.,

    Defendants.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated December 17, 2024 (ECF No. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE due to Lewis's failure to comply with the Court's October 29 Order.

3. Plaintiff's "Motion to Strike from the Record All Orders Made on Behalf of Magistrate Judge Hope Thai Cannon" (ECF No. 12) is **DENIED**.

4. The Clerk shall close the file.

**DONE AND ORDERED** this 30th day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**